IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-400-FL

| | |
|---|---|
| DORIS MARIE HARRISON, ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, Commissioner of Social Security, ) ) ) ) Defendant. ) ) | ORDER |

Upon stipulation and agreement of the parties, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of 5,250.00 in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). Upon payment of such sum, this case is dismissed with prejudice.

SO ORDERED this 5th day of July, 2011.

LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE